LEANDER BRINK, Appellant, *v.* WILLIAM D. STRATTON et al., Respondents.

*Brink* v. *Stratton,* 112 App. Div 299, affirmed.
(Argued April 25, 1907; decided May 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 8, 1906, affirming a judgment in favor of defendants entered upon a verdict and an order denying a motion for a new trial in an action to recover on a promissory note.

*John F. Bradner* for appellant.

*Abram F. Servin* and *Thomas Watts* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

MARTHA BECKER, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

*Becker* v. *Metropolitan Life Ins. Co.,* 113 App. Div. 893, affirmed.
(Argued April 26, 1907; decided May 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 9, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover on a policy of life insurance.

*Martin T. Nachtmann* for appellant.

*Hubert C. Stratton* and *William H. Sullivan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: HAIGHT, J.